amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEATRICE PARKER and Others, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PERLBINDER REALTY CORPORATION, Respondent, v. IRVING TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE A. KELLY, Appellant, v. OVERMAN CUSHION TIRE COMPANY, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

AUGUSTUS S. EMMET, Respondent, v. WALL STREET DEVELOPMENT CORPORATION (Substituted for JEREMIAH F. DONOVAN), Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATHAN H. JURAN, the Holder of a Participation Certificate in a Mortgage Issued by the TITLE GUARANTEE AND TRUST COMPANY, Suing on Behalf of Himself and All Other Participation Certificate Holders in Said Mortgage, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY EISENSTEIN, Appellant, v. COMMERCIAL FACTORS CORPORATION and Another, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH SINGER, Respondent, v. DAVID L. SACKS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ULLMAN-JESSEL, INC., Respondent, v. WASHINGTON PIECE DYEING AND FINISHING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PERLEY MORSE and Others, Respondents, v. LEBANON NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS RUBIN, Doing Business as FILLMORE PHARMACY, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting the State Liquor Authority, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MERCANTILE BANK AND TRUST COMPANY, Appellant, v. TRIO AMUSEMENT CO., INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH HEIMOWITZ, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disburse-

ments. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH HEIMOWITZ, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH HEIMOWITZ, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CATHARINE INACE GILLESPIE, Appellant, v. JOSEPH A. CORR, as Substituted Trustee under the Trust Indenture Made by CATHARINE INACE ALLEN, Dated July 27, 1922, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SOL STRAUSS, Appellant, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GENERAL BREWERS SUPPLY CORPORATION, Appellant, Respondent, v. THE RICHARDS SHOOK CORPORATION, Respondent, Appellant.— Orders affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PEDDY REALTY CORPORATION, Respondent, v. WRIGHT AERONAUTICAL CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING STERNLIEB, Appellant, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION, Respondent, Appellant.— Determination affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

FLORENCE DALRYMPLE and Another, Respondents, v. DON B. COLTON and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY KURZER, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict of the jury in favor of the plaintiff was against the weight of the evidence, and upon the further ground that the admission of the testimony of the plaintiff's brother concerning statements made by the plaintiff with relation to the accident several weeks after it occurred, constituted error. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

HERMAN J. KATZ, the Holder of a Bond Executed by the MAX KURZROK REALTY Co., INC., Suing on Behalf of Himself and All Other Bondholders Similarly Situated, Appellant, v. GEORGE J. SHORR and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.